# United States Court of Appeals
## For the First Circuit

---

No. 11-2206

IN RE:  AUERHAHN

---

ERRATA SHEET

The opinion of this Court issued on July 22, 2013 is amended as follows:

On page 29, line 17, insert "an appeal from" after "or authorize"